United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Neil Heuer, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-60018-Civ-Scola |
| | ) |
| Nissan North America, Inc., | ) |
| Defendant. | ) |

### Order Of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stip. of Dismissal, ECF No. 33). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida, on November 13, 2017.

_____
Robert N. Scola, Jr.
United States District Judge